**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                        **CRIMINAL ACTION NO. 1:05CR117-P-D**

**DENNIS "OIL CAN" BOYD**

## **ORDER**

This cause is before the Court on the defendant's Motion for Continuance [23]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for March 27, 2006. Christi McCoy, one of the attorneys retained by defendant, is currently out on maternity leave and requests a continuance to allow her to complete said leave. The government has no objection to the defendant's motion. Based on the foregoing, the Court finds that the defendant's Motion for Continuance is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from March 27, 2006 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to accommodate defense counsel and to ensure sufficient time to prepare effectively for trial. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [23] is GRANTED;

2. That the trial of this matter is continued until Monday, May 1, 2006 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from March 27, 2006 until May 1, 2006 is excluded as set out above;

4. That the deadline for filing pretrial motions is April 10, 2006;

5. That the deadline for submitting a plea agreement is April 17, 2006.

SO ORDERED, this the 14th day of March, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE